UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Perry Betts,

        Plaintiff,

vs.

SGE Energy Management, Ltd., et al ,

        Defendants.

CIVIL ACTION FILE

NO. 4:09-cv-174-RLV

## J U D G M E N T

This action having come before the court, Honorable Robert L Vining, Jr., United States District Judge, for consideration of Defendants' Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the civil action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 12th day of May, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: s/Debbie Burkhalter
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 12,2010
James N. Hatten
Clerk of Court

By: s/Debbie Burkhalter
      Deputy Clerk