IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PERRY BETTS, | Complaint – Class Action |
| Betts, | |
| vs. | Civil Action No. 4:09-cv-174-RLV |
| SGE MANAGEMENT, LLC, *et al.,* | |
| Defendants. | Jury Demanded |

## NOTICE OF APPEAL

Perry Betts, the plaintiff, individually and on behalf of others similarly situated, appeals to the United States Court of Appeals for the Eleventh Circuit from the following:

a.   the "Order" [Dkt. 33] entered in this action on May 12, 2010;

b.   the "Final Judgment" [Dkt. 34] entered in this action on May 12, 2010; and

c.   the "Order" [Dkt. 37] entered in this action on June 30, 2010.

Respectfully submitted,

BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

Robert M. Brinson
Georgia Bar No. 082900
Email:  bbrinson@brinson-askew.com

J. Anderson Davis
Georgia Bar No. 211077
adavis@brinson-askew.com

Samuel L. Lucas
Georgia Bar No. 142305
slucas@brinson-askew.com

Post Office Box 5007
Rome, GA 30162-5007
Telephone: 706-291-8853
Facsimile: 706-234-3574


THE CLEARMAN LAW FIRM PLLC


By: /s/ Scott M. Clearman
       Scott M. Clearman

Scott M. Clearman
Texas State Bar No. 04350090
Email: scott@clearmanlaw.com
Admitted pro hac vice

Brian D. Walsh
Texas State Bar No. 24037665
Email: brian@clearmanlaw.com
Admitted pro hac vice

815 Walker, Suite 1040
Houston, Texas 77002
Telephone: (713) 223-7070
Facsimile: (713) 223-7071

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel for the defendants, Michael K. Hurst, Vanessa J. Rush and Thomas Byrne, via electronic service on this 2nd day of July 2010.

By: /s/ Scott M. Clearman
Scott M. Clearman

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 5.1(C), I hereby certify that this brief has been prepared with one of the font and point selections approved by the court in LR 5.1B, namely, Times New Roman with 14 point font.

By: /s/ Scott M. Clearman
Scott M. Clearman

52234